# Third District Court of Appeal
## State of Florida

Opinion filed August 2, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1883
Lower Tribunal No. 2022-023469 ECLB

————————

## Roger Llaurado,
Appellant,

vs.

## Department of Business and Professional Regulation,
Appellee.

An Appeal from the Department of Business and Professional Regulation.

Roger Llaurado, in proper person.

Brooke Elizabeth Adams, Chief Appellate Counsel (Tallahassee), for appellee.

Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Affirmed.